# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00048-CV

### Michael and Cynthia Cabral, Appellants

### v.

### Copperpot Properties, LLC/ECounty Foreclosures, Inc., Appellee

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 05-1333-CC1-4, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Michael and Cynthia Cabral filed a notice of appeal from an eviction judgment. The clerk's record was filed on January 20, 2006. Appellants have not filed a docketing statement as requested by the clerk's office and have not filed or requested a reporter's record. On February 28, this Court sent a notice to appellants informing them that their brief was overdue. The notice stated that appellants must file a motion for extension of time to file their brief by March 10, 2006, or the appeal would be dismissed for want of prosecution. Appellants have filed neither a brief nor a motion for extension of time to file a brief. Accordingly, we dismiss the appeal.

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   April 7, 2006

Dismissed for Want of Prosecution